884

No. 1314. ASCHER v. UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Denis M. Hurley* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 1285. FOURNACE v. BOWLES, PRICE ADMINISTRATOR. June 18, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Clyde P. Miller* and *Albert Stump* for petitioner. *Solicitor General Fahy* and *Mr. Richard H. Field* for respondent.

No. 1315. MASSACHUSETTS ET AL. v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO.; and

No. 1316. CHAPIN ET AL., EXECUTIVE COMMITTEE FOR INSTITUTIONAL GROUP, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. June 18, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Clarence A. Barnes,* Attorney General of Massachusetts, *George P. Drury,* Assistant Attorney General, and *Mr. Jacob Spiegel* for the State of Massachusetts, and *Messrs. Henry E. Foley* and *Robert H. Davison* for the City of Boston et al., petitioners in No. 1315. *Messrs. Henry W. Anderson* and *Curtiss K. Thompson* for petitioners in No. 1316. *Messrs. John W. Davis, Edwin S. S. Sunderland, Judson C. McLester, Jr., James L. Homire, John L. Hall, James Garfield, Fred N. Oliver, Willard P. Scott, William A. W. Stewart, M'Cready Sykes, H. C. McCollom, Edward E. Watts, Jr., George E. Beers, Jesse E. Waid* and *Edmund Ruffin Beckwith* for respondents. Reported below: 147 F. 2d 40.